UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JESSE PHELPS

CASE NO. 06-04103 (JSW)

Plaintiff(s),

v.

CITY OF HAYWARD, et al.
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Defendant(s).

Counsel report that they have met and conferred regarding ADR and have reached the following

stipulation pursuant to Civil L.R. 16-8 and ADR L.R. *3-5:*

The parties agree to participate in the following ADR process:

    Court Processes:
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE) (ADR L.R. 5)
  /    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must partict> ate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    Private Process:
        Private ADR *(please identfy process and provider)* _____

The parties agree to hold the ADR session by:
  I    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an A DR process unless otherwise ordered.)*

        other requested deadline _____

Dated: November 13d
GaylaB. Libe/s/ Attorney for Plaintiff

Dated: November 13d
Randolph S. Mom *IsI* Attorney for Defendant

[~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby refened to:
    Non-binding Arbitration
    Early Neutral Evaluation (ENE)
    (Mediation)
    Private ADR

Deadline for ADR session
    90 days from the date of this order.
    ~~other~~

IT IS SO ORDERED.

Dated: November 21, 2006

                                             *Jeffrey S. White*
                              UNITED STATES ~~MAGISTRATE~~ JUDGE
                                          DISTRICT