JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486 41st Street, # 3
Oakland, CA 94609
Telephone and Facsimile: (510) 420-0324

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JESSE PHELPS, and I.P., a minor, by and through her guardian ad litem, JESSE PHELPS,

Plaintiffs,

vs.

CITY OF HAYWARD, a governmental entity; LLOYD LOWE, in his capacity as Chief of Police for the CITY OF HAYWARD; and, DOES 1-25, inclusive,

Defendants.

No. C06-04103

ORDER GRANTING APPOINTMENT OF GUARDIAN AD LITEM

The petition of JESSE PHELPS to be appointed as guardian ad litem of minor plaintiff, I. P., was considered by this Court. On proof made to the satisfaction of the Court, and GOOD CAUSE APPEARING THEREFORE;

IT IS ORDERED that the petition is granted, and JESSE PHELPS is hereby appointed guardian ad litem of his daughter, minor plaintiff, I. P., to proceed with this action on her behalf.

Dated: February 1, 2007

_Jeffrey S. White_
JUDGE OF THE UNITED STATES DISTRICT COURT