**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JESSE PHELPS, et al.,

      Plaintiffs,                         No. C 06-04103 JSW

  v.

CITY OF HAYWARD, et al.,           **ORDER DENYING STIPULATED**
                                     **PROTECTIVE ORDER WITHOUT**
      Defendants.               **PREJUDICE**
_____/

On March 2, 2007, the parties filed a Stipulation for Protection of Documents and Proposed Protective Order. Upon review of the proposed order, the Court finds that paragraph 4 of the proposed order regarding the filing of documents with the Court under seal does not comply with the Civil Local Rules. *See* Civ. L. R. 79-5. The stipulated protective order is DENIED without prejudice; upon redrafting the offending section, the parties may submit the order for the Court's approval.

      **IT IS SO ORDERED.**

Dated: March 5, 2007                        _____
                                      JEFFREY S. WHITE
                                      UNITED STATES DISTRICT JUDGE