MICHAEL J. O'TOOLE (SBN 97779)
City Attorney
RANDOLPH S. HOM (SBN 152833)
Assistant City Attorney
CITY OF HAYWARD
777 "B" Street
Hayward, California 94541
Telephone: (510) 583-4450
Facsimile: (510) 583-3660

Attorneys for Defendants City of Hayward, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE PHELPS, et al., | Case No:. C 06 04103 (JSW) |
| Plaintiffs, | STIPULATION FOR PROTECTION OF DOCUMENTS AND ~~PROPOSED~~ PROTECTIVE ORDER |
| -vs- | |
| CITY OF HAYWARD, et al., | |
| Defendants. | |

It is hereby stipulated between the parties that the following documents:

Relevant portions of Hayward Police Department ("HPD") "personnel records" of the defendant police officers during the last five years of employment prior to the subject incident of 8-4-05, with their addenda, including but not limited to complaints, reports, training, evaluations, HPD Training Bulletins, HPD Rules and Regulations, and HPD Departmental Orders, shall be subject to the protective order set below.

1. Immediately upon production by the City of Hayward, attorneys for plaintiffs shall personally secure and maintain the Protected Documents in their possession.

2. The Protected Documents are to be used only for the purposes set forth below and for no other purpose, absent further Order of this Court.

3. The Protected Documents shall only be used for preparing for and prosecuting this case pending the completion of the judicial process including appeal.

Phelps et al v. City of Hayward, et al.
Case No. C-06-04103 (JSW)

STIPULATION FOR
PROTECTION OF DOCUMENTS
AND PROPOSED PROTECTIVE ORDER

1

4. If necessary in the judgment of the attorneys for the parties, said attorneys may show or reveal the contents of the Protected Documents to the court; and file or lodge such documents under seal pursuant to the procedure set forth in Civil Local Rule 79-5.

5. If necessary in the judgment of plaintiffs' attorneys, said attorneys may show or reveal the contents of the Protected Documents to co-counsel, paralegals, law clerks, the plaintiffs, or experts actively assisting plaintiffs' attorneys in the investigation of this case. Any notes taken by any person reflecting the contents of the Protected Documents, or extracts of the contents, are protected under this Order, and shall be treated in the manner set forth in the paragraph 6 below.

6. After completion of the judicial process in this case, attorneys for the parties shall return all of the above-referenced Protected Documents, including notes and extracts, to the Custodian of Records of the Hayward Police Department at 300 W. Winton Ave., Hayward, CA 94544.

7. Attorneys for plaintiffs shall cause the substance of this Order to be communicated to each person to whom the Protected Documents are revealed in accordance with this Order.

8. Attorneys for plaintiffs shall not cause or knowingly permit disclosure of the contents of the Protected Documents beyond the disclosure permitted under the terms and conditions of this Order.

9. No document covered by this Order may be used for any purpose not set forth herein, or revealed to any person not described herein, absent further Order of this Court.

DATED: March 16, 2007

MICHAEL J. O'TOOLE, City Attorney

By: _____
RANDOLPH S. HOM,
Assistant City Attorney
Attorneys for Defendants City of Hayward,
Lloyd Lowe, et al.

---

Phelps et al v. City of Hayward, et al.
Case No. C-06-04103 (JSW)

STIPULATION FOR PROTECTION OF DOCUMENTS AND ~~PROPOSED~~ PROTECTIVE ORDER

2

DATED: March 16, 2007

LAW OFFICES OF JOHN L. BURRIS

JOHN L. BURRIS
Attorney for Plaintiffs

LAW OFFICES OF GAYLA B. LIBET

DATED: March 16, 2007

GAYLA B. LIBET,
Attorney for Plaintiffs

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 19, 2007

THE HONORABLE JEFFREY S. WHITE
United States District Court Judge

Phelps et al v. City of Hayward, et al.
Case No. C-06-04103 (JSW)

STIPULATION FOR PROTECTION OF DOCUMENTS AND PROPOSED PROTECTIVE ORDER

3

03/16/2007 16:53 5104200324 GAYLA B LIBET PAGE 04