```
 1  MICHAEL O'TOOLE (SBN 97779)
    City Attorney
 2  RANDOLPH S. HOM (SBN 152833)
    Assistant City Attorney
 3  CITY OF HAYWARD
    777 "B" Street
 4  Hayward, California 94541
    Telephone: (510) 583-4450
 5  Facsimile:  (510) 583-3660

 6  Attorneys for Defendants City of Hayward, et al.

 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE PHELPS, and I.P., a minor, by and through her guardian ad litem, JESSE PHELPS<br><br>Plaintiffs,<br><br>-vs-<br><br>THE CITY OF HAYWARD, et al.,<br><br>Defendants.<br>_____/ | Case No:. C 06 04103 (JSW)<br><br>STIPULATION AND (PROPOSED) ORDER FOR DISMISSAL OF PLAINTIFFS' ENTIRE ACTION |

### STIPULATION

All parties hereby stipulate and agree by and through their respective counsel as follows:

That plaintiffs dismiss their entire action with prejudice;

///
///
///
///
///
///
///

---

Phelps v. City of Hayward, et al.
Case No. C06 04103 (JSW)

Stipulation and (Proposed) Order for Dismissal of Plaintiffs' Action

1

Dated: 4/4/07 By: /s/ John L. Burris
JOHN L. BURRIS, Esq.
Attorney for Plaintiffs

LAW OFFICES OF GAYLA B. LIBET

Dated: 4/5/07 By: /s/ Gayla B. Libet
GAYLA B. LIBET, Esq.
Attorney for Plaintiffs

OFFICES OF THE HAYWARD CITY ATTORNEY

Dated: 4/4/07 By: /s/ Randolph S. Hom
RANDOLPH S. HOM, Esq.
Attorney for Defendants

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: May 14, 2007

/s/ Jeffrey S. White
THE HONORABLE JEFFREY S. WHITE
United States District Court Judge

Phelps v. City of Hayward, et al.
Case No. C06 04103 (JSW)

Stipulation and [Proposed]
Action
2